ROBERT J. JACQUES v. CONSOLIDATED RAIL CORP.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. D. R.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE JENKINS.

March 17, 1980.

Petition for certification denied.